IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LAURIE SMITH,

    Plaintiff,

v.                                                   No. 1:21-cv-01076-JDB-jay

STATE FARM FIRE AND
CASUALTY COMPANY,

    Defendant.

---

ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION OBJECTING TO
APPRAISAL AWARD

---

Pending on the Court's docket is the June 13, 2022, motion of the Defendant, State Farm Fire and Casualty Company, objecting to the appraisal award submitted in this matter.[1] (Docket Entry ("D.E.") 50.) On August 2, 2022, the Plaintiff, Laurie Smith, amended her complaint to add claims relating to the appraisal award. (D.E. 62.) Typically, "[a]n amended complaint supersedes an earlier complaint for all purposes." *In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013). Particularly in light of the fact that the amended pleading contains additional claims relating to the subject of the pending motion, the Court finds it appropriate to DENY Defendant's motion regarding the appraisal without prejudice.

IT IS SO ORDERED this 4th day of August 2022.

                                                          s/ J. DANIEL BREEN
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The motion also requested that the stay imposed in November 2021 be lifted. That portion of the motion was orally granted by the Court during a status conference on June 16, 2022. (*See* D.E. 53.)